UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 18-cr-20151-18
                                                    and 19-cr-20162
v.                                                        Hon. Matthew F. Leitman

KAYLA SANDERS,

        Defendant.
_____/

## ORDER DENYING MOTIONS TO REDUCE SENTENCE

Defendant Kayla Sanders is currently serving sentences imposed by this Court in two separate cases. In case number 18-20151 (the "2018 Case"), Sanders pleaded guilty to participating in a wire fraud conspiracy. On December 4, 2018, the Court sentenced Sanders to serve forty months in custody in the 2018 Case.

In case number 19-20162 (the "2019 Case"), Sanders pleaded guilty to participating in a wire fraud conspiracy and to failing to surrender to serve a federal sentence (the sentence that the Court had imposed in the 2018 Case). On September 9, 2019, the Court sentenced Sanders to serve thirty-three months in custody in the 2019 Case, and the Court directed that the sentence be served consecutively to the sentence imposed in the 2018 Case.

On September 4, 2020, Sanders filed motions for compassionate release in both the 2018 Case (ECF No. 402) and the 2019 Case (ECF No. 22). The Court

1

denied both motions in a written order dated September 15, 2020. (*See* Order, ECF No. 405 in the 2018 Case and ECF No. 24 in the 2019 case).

Sanders has now filed new motions in both the 2018 Case (ECF No. 417) and the 2019 Case (ECF No. 25) in which she again asks the Court to reduce her sentences due to the ongoing COVID-19 pandemic. The Court has carefully reviewed the motions, and for all of the reasons stated in its September 15, 2020, order denying Sanders' motions for compassionate release, the Court remains unpersuaded that Sanders is entitled to a reduced sentence at this time. Accordingly, the Court **DENIES** both of Sanders' currently pending motions to reduce her sentences.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 14, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2