MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

SANDERS, Kayla

Crim. No.:  18CR20151-10 and  
19CR20162-01

On October 12, 2023, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on December 11, 2023. At that time, SANDERS admitted guilt to the violating conditions of supervision. The Court ordered that sentencing be continued for approximately 8 months.  On September 16, 2024, sentencing was held, and the Court added the following special condition of supervised release:

 X    Guilty of violating conditions of supervision.  The following special condition(s) of supervision is/are added.

"The offender shall be placed in the location monitoring program, specifically placed on GPS tether until December 28, 2024. The offender shall abide by all the rules and regulations of the program. All the costs of the location monitoring program will be waived due to the offender's inability to pay."

Respectfully submitted,

s/Ashley Jerrell  
Senior U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 24th Day of September, 2024.

s/Matthew F. Leitman  
Matthew F. Leitman  
United States District Judge